THE PEOPLE OF THE STATE OF NEW YORK, Respondent v. THOMAS COLEMAN, Appellant

Concur — Stevens, J. P., Eager, Capozzoli, Tilzer and Rabin, JJ.

MARIO ORTIZ, Plaintiff-Respondent, v. CITY OF NEW YORK, Appellant.—

Concur — Eager, J. P., Steuer, Tilzer, McNally and McGivern, JJ.